NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**RALPH TAYLOR,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5097

_____

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00759-SGB, Judge Susan G. Braden.

_____

**ON MOTION**

_____

**O R D E R**

Ralph Taylor moves for leave to proceed in forma pauperis.

Taylor is currently incarcerated. He must therefore submit Federal Circuit Form 6A, the Supplemental In Forma Pauperis Form for Prisoners.

Accordingly,

2                                                                 TAYLOR v. US

IT IS ORDERED THAT:

The motion is denied without prejudice to Taylor completing and returning Federal Circuit Form 6 and Form 6A (enclosed) within 30 days of the date of this order.  If those forms are not timely received, this appeal will be dismissed for failure to prosecute.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24